UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GERLINGER FOUNDRY AND MACHINE WORKS, INC, et al.<br><br>Defendants. | Case No.: 2:26-cv-01604-DJC-CSK<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(2)** |

**ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

The Complaint filed in this matter by Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, and all claims against Defendants GERLINGER FOUNDRY AND MACHINE WORKS, INC. and ELDER CREEK HOLDINGS, LLC are hereby dismissed in their entirety, with prejudice.

Each party is to bear their own attorney fees and costs, except as provided for in the parties' settlement agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE